UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE SAUVE,

    Plaintiff,

v.

    Case No.: 1:07-cv-794

    HONORABLE PAUL L. MALONEY

DENNIS STRAUB, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Terry Bradford's Motion for Summary Judgment (Dkt. #43) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Theodore Sauve's Motion for Release of Evidence Unit Log Book (Dkt. #41) is **DENIED as moot**.

This resolves the last claim and closes the case.

Dated: January 29, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge